UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ELECTRIC INSURANCE COMPANY

    v.                                    3:02CV1706 WWE

DARLENE CASTROVINCI, RONALD A. CASTROVINCI,
JOSEPH CASTROVINCI, JANE DOE, PPA, JAMES DOE,
JANE DOE, INDIVIDUALLY AND JOHN DOE

## J U D G M E N T

This matter came on before the Honorable Warren W. Eginton, Senior United States District Judge, as a result of cross motions for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motion and on December 10, 2003, entered a Ruling on Cross Motions for Summary Judgment Dismiss granting the plaintiff's motion and denying the defendant Castrovinci's motion.

The court further found that the plaintiff, Electric Insurance, is not obligated to defend or indemnify Ronald Castrovinci, Darlene Castrovinci and Joseph Castrovinci relative to the Doe lawsuit.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the plaintiff and the case is closed.

Dated at Bridgeport, Connecticut, this 12th day of December, 2003.

                                          KEVIN F. ROWE, Clerk

                                          By     /s/                    
                                                   Chrystine W. Cody
                                                   Deputy-in-Charge

Entered on Docket _____