FORM 1

UNITED STATES DISTRICT COURT   FILED

DISTRICT OF CONNECTICUT   2004 JAN -9  P 1:34

ELECTRIC INSURANCE COMPANY

US DISTRICT COURT
BRIDGEPORT CT

v.

DARLENE CASTROVINCI
RONALD CASTROVINCI AND
JOSEPH CASTROVINCI

CIVIL CASE NO.   3:02CV1706 WWE

### NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), __DARLENE CASTROVINCI / RONALD CASTROVINCI / JOSEPH CASTROVINCI__ hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (attach a copy of the Judgment or Order):

JUDGMENT OF U.S. DISTRICT COURT GRANTING THE PLAINTIFF'S MOTION FOR SUMMARY
JUDGMENT AND DENYING THE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT.

2. The Judgment /Order in this action was entered on __12/12/03__ .
(date)

_____
Signature

THOMAS W. BUCCI
Print Name

WILLINGER, WILLINGER & BUCCI, P.C.

855 MAIN STREET
BRIDGEPORT, CT  06604
Address

Date: 1/9/04

(203) 366-3939
Telephone Number

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).
rev. 7/02

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2003 DEC 12  P 4:46

ELECTRIC INSURANCE COMPANY

v.                                                                  3:02CV1706 WWE

DARLENE CASTROVINCI, RONALD A. CASTROVINCI,
JOSEPH CASTROVINCI, JANE DOE, PPA, JAMES DOE,
JANE DOE, INDIVIDUALLY AND JOHN DOE

## JUDGMENT

This matter came on before the Honorable Warren W. Eginton, Senior United States District Judge, as a result of cross motions for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motion and on December 10, 2003, entered a Ruling on Cross Motions for Summary Judgment Dismiss granting the plaintiff's motion and denying the defendant Castrovinci's motion.

The court further found that the plaintiff, Electric Insurance, is not obligated to defend or indemnify Ronald Castrovinci, Darlene Castrovinci and Joseph Castrovinci relative to the Doe lawsuit.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the plaintiff and the case is closed.

Dated at Bridgeport, Connecticut, this 12th day of December, 2003.

KEVIN F. ROWE, Clerk

By _____
Chrystine W. Cody
Deputy-in-Charge

Entered on Docket  12/12/03