**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

ELECTRIC INSURANCE COMPANY                   CASE NO: 3:02CV1706 (WWE)

       V.

DARLENE CASTROVINCI,
RONALD CASTROVINCI and
JOSEPH CASTROVINCI                                JANUARY 21, 2004

**MOTION FOR STAY OF PROCEEDINGS TO ENFORCE A JUDGMENT**

       Pursuant to Fed.R.Civ. P62(d), the Defendants, Darlene Castrovinci and

Ronald  Castrovinci hereby move for an order to stay the enforcement of the

judgment of the Court entered on December 12, 2003.  The Defendants Darlene

Castrovinci and Ronald  Castrovinci filed a timely notice of appeal of the Court's

judgment on January 9, 2004.

       The Defendants request that the Court dispense with the requirement of giving

a supersedeas bond as said bond is not necessary to protect the interests of the

Plaintiff.  In the alternative, the Defendants request that if the Court requires the

giving of a bond, the Court set the amount of said bond and allow the Defendants to

**ORAL ARGUMENT REQUESTED**

post security in lieu of a bond.  See, <u>Olympia Equip. v. Western Union Tele. Co.</u>, 786

F.2d 794 (7th Cir. 1986), cert. denied, 480 U.S. 934 (1987).


THE DEFENDANTS


_____

Matthew D. Newman, Bar No. CT 00863
Willinger, Willinger & Bucci, P.C.
855 Main Street, Bridgeport, CT  06604
(203) 366-3939

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above date to the following:

Patrick M. Noonan, Esq.
Delaney, Zemetis, Donahue, Durham
& Noonan, P.C.
741 Boston Post Road, Suite 306
Guilford, CT  06437

Rhonda L. Rittenberg, Esq.
Thomas M. Elcock, Esq.
Prince, Lobel, Glovsky & Tye, LLP
585 Commercial Street
Boston, MA  02109

Joel Faxon, Esq.
Koskoff, Koskoff & Bieder
350 Fairfield Ave.
Bridgeport, CT 06604

_____
Matthew D. Newman, CT 00863