# DISTRICT OF CONNECTICUT - BRIDGEPORT
## NOTICE OF APPEAL COVER MEMO

**DATE:** January 14, 2004      **TO:** Intake Clerk

**FROM:** Judith D. Fazekas

FILED

**CASE TITLE:** Electric Ins. Co. V. Castrovinci, et al

2004 FEB -4  P 12: 00

**DOCKET NO.:** 3:02CV1706(WWE)

US DIST
BRIDGEPORT

**NOTICE OF APPEAL:** filed: January 9, 2004

**APPEAL FROM:** final judgment: YES

interlocutory: __

other: __

**DOCKET SHEET:** Attorney, updated address & phone number for each party __Y__

All parties are listed on Docket Sheet
(Including Third Parties) __Y__

All docket entries and dates are included __Y__

**FEE STATUS:** Paid ✓      Due ____ N/A ____

IFP revoked ____      Application Attached ____

IFP pending before district judge ____

**COUNSEL:** CJA ____      Retained ✓      Pro Se ____

**TIME STATUS:** Timely ✓      Out of Time ____

**MOTION FOR
EXTENSION OF TIME:** Granted ____      Denied ____

**COA:** Granted ____      Denied ____

**COMMENTS AND CORRECTIONS:**

---

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

**SIGNED:** _Patricia Matten_   **DATE:** 2/2/04
DEPUTY CLERK, USCA