FILED

2004 JAN 21 P 3: 12

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT

| | |
|---|---|
| ELECTRIC INSURANCE COMPANY | CASE NO: 3:02CV1706 (WWE) |
| V. | |
| DARLENE CASTROVINCI, RONALD CASTROVINCI and JOSEPH CASTROVINCI | JANUARY 21, 2004 |

### MOTION FOR STAY OF PROCEEDINGS TO ENFORCE A JUDGMENT

Pursuant to Fed.R.Civ. P62(d), the Defendants, Darlene Castrovinci and Ronald Castrovinci hereby move for an order to stay the enforcement of the judgment of the Court entered on December 12, 2003. The Defendants Darlene Castrovinci and Ronald Castrovinci filed a timely notice of appeal of the Court's judgment on January 9, 2004.

The Defendants request that the Court dispense with the requirement of giving a supersedeas bond as said bond is not necessary to protect the interests of the Plaintiff. In the alternative, the Defendants request that if the Court requires the giving of a bond, the Court set the amount of said bond and allow the Defendants to

### ORAL ARGUMENT REQUESTED

Motion GRANTED
WARREN W. EGINTON
Senior United States District Judge
2-23-04