```
                    UNITED STATES DISTRICT COURT              FILED
                      DISTRICT OF CONNECTICUT
                                                           2004 APR 22  P 3: 13

ELECTRIC INSURANCE CO.,          :
                                 :                         U.S. DISTRICT COURT
          Plaintiff,             :                         BRIDGEPORT, CONN
                                 :    No. 3:02cv1706(WWE)
v.                               :
                                 :
CASTROVINCI,                     :
          Defendants.            :
```

### REFERRAL TO MAGISTRATE JUDGE

This above-captioned is referred to Magistrate Judge Holly Fitzsimmons for the following purposes:

\_\_\_  All purposes including trial upon written request by all parties (orefcs.)

\_\_\_  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_  To supervise discovery and resolve discovery disputes. (orefmisc./dscv)

\_\_\_  A ruling on the following pending motion:

XXX  A settlement conference   (orefmisc./cnf)

\_\_\_  A scheduling conference   (orefmisc/cnf)

\_\_\_  Other:   (orefmisc./misc)


SO ORDERED this 21ST day of April, 2004 at Bridgeport, Connecticut.

                                   _____
                                   Warren W. Eginton
                                   Senior U.S. District Judge