FILED

2004 MAY 14 P 12: 22

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELECTRIC INSURANCE COMPANY | CASE NO: 3:02CV1706 (WWE) |
| V. | |
| DARLENE CASTROVINCI,<br>RONALD CASTROVINCI and<br>JOSEPH CASTROVINCI, ET AL | MAY 13, 2004 |

## MOTION FOR ORDER

The Defendants, Darlene Castrovinci and Ronald Castrovinci (the "Defendants") hereby move the Court for an order preventing the Plaintiff, Electric Insurance Company, from withdrawing defense counsel from their representation of said Defendants in an action known as <u>Jane Doe, ppa, et al v. Ronald A. Castrovinci, et al</u>, presently pending in the Superior Court for the State of Connecticut, Judicial District of Litchfield. The Defendants offer the following in support of this motion.

I. STATEMENT OF FACTS

The Plaintiff commenced an action for declaratory judgment against the Defendants relative to its obligation to defend and indemnify Darlene Castrovinci, Ronald Castrovinci and Joseph Castrovinci in a lawsuit brought by the Doe defendants in Superior Court for the State of Connecticut. The Plaintiff and the

Defendants filed cross-motions for summary judgment and the Doe Defendants filed an opposition to Plaintiffs' Motion for Summary Judgment. The Court granted the Plaintiffs' Motion for Summary Judgment and denied the Defendants' Motion for Summary Judgment. On January 21, 2004, the Defendants filed a Motion for Stay of Proceedings to Enforce a Judgment that was granted by the Court on February 23, 2004. By way of letter dated May 4, 2004, the Plaintiff gave notice to the Defendants that it would withdraw defense counsel in the state court action effective June 4, 2004.

II.     ARGUMENT

It is the Defendants' position that the Court's order of February 23, 2004 prevents the Plaintiff from seeking to enforce the Court's judgment and thereby precludes them from withdrawing defense counsel in the state court action. In its Motion for Summary Judgment, the Plaintiff sought an order entering a judgment declaring that " 1) "Electric Insurance has no obligation to defend Ronald A. Castrovinci, Darlene Castrovinci and Joseph Castrovinci ("the Castrovincis") in a lawsuit brought by the fictiticious-named Plaintiffs, Jane Doe, James Doe and John Doe ("the Doe lawsuit") and 2) Electric Insurance has no obligation to indemnify the Castrovincis for any judgment that may be rendered against them in the Doe lawsuit."

The Court granted this motion, however, it then stayed the enforcement of that judgment. Accordingly, the Plaintiff is precluded from taking steps that relieves it of its obligation to defend the Defendants and, specifically, precludes it from withdrawing defense counsel in the state court action.

Wherefore, the Defendants seek an order in preventing the Plaintiff from attempting to enforce the judgment of this Court.

THE DEFENDANTS
DARLENE CASTROVINCI AND
JOSEPH CASTROVINCI

Matthew D. Newman, Bar No. CT 00863
Willinger, Willinger & Bucci, P.C.
855 Main Street, Bridgeport, CT 06604
(203) 366-3939

## ORDER

The foregoing motion having been presented to this Court, it is hereby ordered:

GRANTED/DENIED

BY THE COURT

_____
Judge/Clerk
Date: _____

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 13th day of May, 2004, to:

Patrick M. Noonan, Esq.
Delaney, Zemetis, Donahue, Durham
& Noonan, P.C.
741 Boston Post Road, Suite 306
Guilford, CT 06437

Thomas M. Elcock, Esq.
Prince, Lobel, Glovsky & Tye, LLP
585 Commercial Street
Boston, MA 02109

Joel T. Faxon, Esq.
Stratton Faxon
59 Elm Street
New Haven, CT 06510

Holly B. Fitzsimmons
U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport, CT 06604

Matthew D. Newman