# United States District Court
## District of Connecticut

Electric Insurance Company
*Plaintiff*
v.

Case No. 3:02-cv-1706(WWE)

Darlene Castrovinci, et al
*Defendant*

FILED

2004 JUN 17 A 10: 56

U.S. DISTRICT COURT
BRIDGEPORT, CONN

### ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

\_\_\_\_ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

\_\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

\_\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

\_\_\_\_ To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

**✗** A ruling on the following motions which are currently pending: (orefm.)
Doc# **#51 Motion for Order**

\_\_\_\_ A settlement conference (orefmisc./cnf.)

\_\_\_\_ A conference to discuss the following: (orefmisc./cnf.)

\_\_\_\_ Other: (orefmisc./misc)

SO ORDERED this __17th__ day of __June__, __2004__ at Bridgeport, Connecticut.

_____
Hon. Warren W. Eginton
SENIOR UNITED STATES DISTRICT COURT JUDGE