```
              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT
```

ELECTRIC INSURANCE COMPANY      :
                                :
         v.                     :
                                :   CIV. NO. 3:02CV1706 (WWE)
DARLENE CASTROVINCI             :
RONALD CASTROVINCI              :
JOSEPH CASTROVINCI, ET AL.      :

<u>RULING ON DEFENDANTS' MOTION FOR ORDER</u>

Defendants' Motion for Order **[Doc. #51]** preventing the Plaintiff from attempting to enforce the judgment of this Court is **DENIED**.

The Court adheres to its ruling dated February 23, 2004 [Doc. #47].


SO ORDERED at Bridgeport this 20th day of July 2004.


```
                   ___/s/_____
                   HOLLY B. FITZSIMMONS
                   UNITED STATES MAGISTRATE JUDGE
```