**MANDATE**

FILED
Aug 17  2 53 PM '04
U.S. DISTRICT
NEW HAVEN, CONN.

[Stamp: UNITED STATES COURT OF APPEALS FILED AUG 0 6 2004 Roseann B. MacKechnie, CLERK SECOND CIRCUIT]

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

Nhct
02-cv-1706
Eginton

---

ELECTRIC INSURANCE COMPANY

V.                                                                Docket No. 04-0558-cv

CASTROVINCI

---

### STIPULATION REGARDING DISMISSAL

The undersigned counsel for the parties hereby stipulate that the above-captioned appeal may be dismissed with prejudice, pursuant to FRAP 42(b). No fees or costs are to be paid by either party.

_____
Matthew D. Newman
Willinger, Willinger & Bucci, P.C.
855 Main Street, Bridgeport, CT 06604
Attorney for Appellant

_____
Thomas M. Elcock, Esq.
Prince, Lobel, Glovsky & Tye, LLC
585 Commercial Street, Boston, MA 02109-1024
Attorney for Appellee

Dated:   July 20, 2004

SO ORDERED:

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By _____
Stanley A. Bass, Staff Counsel

Aug. 6, 2004

A TRUE COPY
Roseann B. MacKechnie, CLERK

by _____
DEPUTY CLERK

CERTIFIED: 8/6/04